Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied. Justice Sotomayor, with whom Justice Ginsburg joins, dissenting from the denial of certiorari: I dissent for the reasons set out in Brown v. United States , 586 U.S. --- (2018) (Sotomayor, J., dissenting). Recognizing that the Court has repeatedly declined to grant certiorari on this important issue-whether the right recognized in Johnson v. United States , 576 U.S. 591 (2015), applies to defendants sentenced under the mandatory Sentencing Guidelines-I will cease noting my dissent in future petitions presenting the question. I hope, however, that the Court will at some point reconsider its reluctance to answer it.